UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

| | |
|---|---|
| *In re:* | Case No. 17-11739-rel |
| **LaFlamme's Inc.,** | Chapter 11 |
| *Debtor.* | |

## Case Management Stipulation and Order

A representative of the debtor, counsel to the debtor, and the United States Trustee having met at an initial debtor interview on **September 26, 2017** conducted pursuant to 28 U.S.C. § 586(a)(7), and having subsequently agreed to the entry of a scheduling order pursuant to 28 U.S.C. § 586(a)(7)(A)(iv) on the terms set forth in this order, it is

**ORDERED**, that the debtor shall timely file all monthly operating statements which shall comply with the Local Rules of the Court and the U.S. Trustee's Operating Guidelines and it is further

1

**ORDERED**, that the debtor shall timely pay all post-petition expenses including, but not limited to all taxes and U.S. Trustee quarterly fees due and appear at all scheduled meetings of creditors held pursuant to 11 U.S.C. § 341(a); and it is further

**ORDERED**, that the debtor shall maintain all appropriate insurances and provide the U.S. Trustee with proof of such insurance; and it is further

**ORDERED**, that a disclosure statement and plan be filed with the Court and a copy served on the United States Trustee no later than **March 19, 2018**, and it is further

**ORDERED**, that a disclosure statement be approved no later than **April 19, 2018**, unless the date provided herein is extended by the Court for cause shown as a result of non-substantive amendments deemed necessary upon this hearing; it is further

**ORDERED**, that a plan be confirmed no later than **May 19, 2018**, unless the date provided herein is extended by the Court for cause shown as a result of non-substantive amendments deemed necessary upon this or the disclosure statement hearing; and it is further

**ORDERED**, that nothing contained in this order shall be construed to change any statutory deadlines that precede the dates set forth herein, or preclude the United States Trustee or any party in interest from filing a motion to convert or dismiss the case pursuant to 11 U.S.C.

Document    Page 3 of 3

§ 1112(b) or (e) on any basis, including asserting that the debtor should have filed and confirmed a plan earlier than any date set forth in this order.

Consented to:

By: /s/ Richard Weiskopf          Date: 9/26/17
    Richard Weiskopf, Esq.
    Counsel to the Debtor-in-Possession


By: /s/ Christopher LaFlamme      Date: 9/26/17
    Christopher LaFlamme, President
    Debtor-in-Possession


WILLIAM K. HARRINGTON,
UNITED STATES TRUSTEE
FOR REGION 2


By: /s/ Lisa Penpraze             Date: 9/26/17
    Lisa Penpraze, Esq.
    Assistant United States Trustee