So Ordered.

Signed this 10 day of January, 2018.

_____

Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

LAFLAMME'S INC.,

Case No. 17-11739
Chapter 11

Debtor(s).

### SUA SPONTE ORDER OF CONVERSION

Upon the request of Heritage Family Credit Union filed on January 9, 2018 (ECF No. 63), the Court held a hearing pursuant to 11 U.S.C. § 105 on January 10, 2018. At the hearing, appearances were made by Richard Weiskopf, Esq., on behalf of the Debtor, Lisa Penpraze, Esq., on behalf the United States Trustee, Heather Cooper, Esq., on behalf of Heritage Family Credit Union, Francis Brennan, Esq., on behalf of Avid Capital, LLC, and Antonin Robbason, Esq., on behalf of People's United Bank.

Now, for the reasons as stated on the record at the hearing on January 10, 2018, it is hereby

**ORDERED**, that the above-captioned case is converted to chapter 7.

###